LECROSS ASSOCIATES v. CITY PARTNERS.

June 26, 1979. Petition for certification denied. (See 168 *N.J.Super.* 96)

WILLIAM S. HUMEN v. BOARD OF EDUCATION OF THE CITY OF BAYONNE, HUDSON COUNTY.

June 26, 1979. Petition for certification denied.

COUNTY OF HUDSON v. ANGEL SEPULVEDA.

June 26, 1979. Petition for certification denied.

CAROLINE HEBARD v. BASKING RIDGE FIRE CO., NO. 1.

June 26, 1979. Motion to dismiss appeal granted. (See 164 *N.J.Super.* 77)

JOSEPH COSTA v. ALBERT JOSEY.

June 26, 1979. ORDERED that the petition for rehearing is granted (see 79 *N.J.* 535); and it is further

ORDERED that this matter be relisted for oral argument in the 1979 fall term together with the appeal in *Phyllis Schriger et al. v. Alan Abraham et al.*